# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN THOMAS MARVIK,

    Plaintiff,

vs.

CONNIE J. STEINHEIMER,

    Defendant.

Case No. 3:11-CV-00367-RCJ-(VPC)

**ORDER**

        Plaintiff, who is a prisoner in custody at the Washoe County Detention Center, see 28 U.S.C. § 1915(h), has submitted an application to proceed in forma pauperis (#1) and a motion to enjoin criminal proceedings in state court. The court dismisses this action because plaintiff did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

        IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

        IT IS FURTHER ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

        IT IS FURTHER ORDER that plaintiff's motions to include additional evidence (#3, #4, #7), motion for court transcripts (#5), and motion to compel (#6), are **DENIED** as moot.

///

///

-2-

1    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to
2 plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a
3 complete application to proceed in forma pauperis, accompanied by a signed financial certificate
4 and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.
5    Dated:  This 17th day of June, 2011.

                                                                  _____
                                                                  ROBERT C. JONES
                                                                  Chief United States District Judge